### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN ATER, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-20-1090-G |
| | ) |
| LUKE PETTIGREW, Warden, | ) |
| | ) |
|     Respondent. | ) |

### **ORDER**

The docket reflects that on May 21, 2021, a Report and Recommendation (Doc. No. 17) issued by United States Magistrate Judge Amanda Maxfield Green was mailed to Petitioner's former address of record. On June 10, 2021, the Court mailed the Report and Recommendation to Petitioner's current address.

IT IS THEREFORE ORDERED that Petitioner's deadline to object to the Report and Recommendation (Doc. No. 17) is extended to **July 1, 2021.** Petitioner is hereby advised of his right to file an objection to the Report and Recommendation with the Clerk of this Court by that date. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72. Failure to make timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal questions contained therein. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS SO ORDERED this 10th day of June, 2021.

CHARLES B. GOODWIN
United States District Judge